UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESA M. HARRIOTT,<br><br>    Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 25-CV-2033 (ER) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

  On September 15, 2025, the Government filed a supplemental transcript (ECF 20). Plaintiff by **December 3, 2025** file any supplemental brief, if Plaintiff so chooses, to address anything new in the supplemental transcript. The Government's opposition shall be filed by **January 2, 2026.** Plaintiff's reply brief shall be filed by **January 23, 2026.**

DATED: November 19, 2025
     New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge