**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LESA M. HARRIOTT,

                    Plaintiff,                         25 **CIVIL** 2033 (ER)

         -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the

reasons set forth in the Court's Opinion and Order dated May 28, 2026, Magistrate Judge

Tarnofsky's recommendations in their entirety. Harriott's motion for judgment on the pleadings

is GRANTED, and the case is remanded for further proceedings consistent with the R&R.

**Dated:**  New York, New York

     June 1, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

**BY:**                                 
                                        **Deputy Clerk**